**Mark MEYER, a/k/a # 219195, a/k/a "Supreme" Outspoken "7 Allah," Plaintiff–Appellant,**

v.

**Geraldine MIRO, Ex–Warden for Allendale Correctional Institution; John Pate, Warden, Allendale Correctional Institution, Defendants–Appellees.**

No. 03–6383.

United States Court of Appeals, Fourth Circuit.

Submitted July 11, 2003.

Decided July 23, 2003.

Mark Meyer, Appellant Pro Se. Paul B. Ferrara, III, Robert Douglas Simmons, Mellard, Bogoslow, Jones, Stephens & Duffie, P.A., Walterboro, South Carolina, for Appellees.

Before WIDENER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Mark Meyer appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Meyer v. Miro,* No. CA–01–4260–4–25–BH (D.S.C. Feb. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*